UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Matthew VanderSloot
v.
Charles Baratta LLC

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

-----------------------------------------------------------X

TO:   Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I **ANDREW ROMAN PERRONG** will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of **PERRONG LAW LLC** and a member in good standing of State(s) of **PENNSYLVANIA**, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __Matthew VanderSloot_____. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: October 9, 2024

Respectfully submitted,

_____
Signature of Movant
Firm Name  PERRONG LAW LLC
Address  2657 MOUNT CARMEL AVE
         GLENSIDE, PA 19038
Email  A@PERRONGLAW.COM
Phone  215-225-5529