UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------

Matthew VanderSloot

                                  Plaintiff(s),

v.

Charles Baratta LLC

                                  Defendant(s).

-----------------------------------------------------------

1:24-cv-07096

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

I, ANDREW ROMAN PERRONG, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of PERRONG LAW LLC.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of PENNSYLVANIA.
4. There are no pending disciplinary proceedings against me in any state or federal court. True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 333687
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:24-cv-07096 for Plaintiff Matthew VanderSloot.

Date 10/9/24
Glenside, PA

Signature of Movant
Firm Name PERRONG LAW LLC
Address 2657 MOUNT CARMEL AVENUE
GLENSIDE, PA 19038
Email A@PERRONGLAW.COM
Phone 215-225-5529

NOTARIZED
*James E. Shelton*

COMMONWEALTH OF PENNSYLVANIA - NOTARY SEAL
James Everett Shelton, Notary Public
Montgomery County
My Commission Expires 12/18/2027
Commission # 1442686