

### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Andrew Roman Perrong, Esq.*

**DATE OF ADMISSION**

*October 10, 2023*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  September 23, 2024**

Nicole Traini
Chief Clerk